

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joyce Janette Riddle,

Vs. No. 11-14-00146-CV

City of Abilene,

* From the 42nd District
 Court of Taylor County,
 Trial Court No. 48,519-A.

* October 1, 2015

* Opinion by Willson, J.
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Joyce Janette Riddle.